17 So.3d 320 (2009)
Margarita DIAZ, Appellant,
v.
INVICTA WATCH COMPANY, Appellee.
No. 1D08-4991.
District Court of Appeal of Florida, First District.
June 24, 2009.
Rene Hidalgo of Richard E. Zaldivar, P.A., Miami, for Appellant.
Lourdes E. Ferrer of Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Shefer, P.A., Hollywood, for Appellee.
PER CURIAM.
REVERSED and REMANDED. See Providence Prop. & Cas. v. Wilson, 990 So.2d 1224 (Fla. 1st DCA 2008).
ALLEN, PADOVANO, and BROWNING, JJ., concur.